## Commonwealth *v.* One Dodge Motor Truck, Appellant.

## Commonwealth *v.* 15 Cartons Silver Wedding Gin (et al., Appellant).

·Argued March 25, 1937. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Milton E. Harris,* for appellants.

*Charles J. Margiotti,* Attorney General, *J. Alfred Wilner,* and *Horace A. Segelbaum,* Special Deputy Attorneys General, for appellee, were not heard.

PER CURIAM, April 19, 1937:

The judgments in these cases are affirmed on the opinion of the learned President Judge of the Superior Court, reported in 123 Pa. Superior Ct. 311.